# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Christopher R. Oetjens,**
**Krista Oetjens,**

Case No. _____**09-50828**_____

Debtors

Chapter _____**13**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 60,000.00 | | |
| B - Personal Property | Yes | 4 | 109,951.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 89,296.79 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 192,066.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,157.55 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,623.91 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| | | Total Assets | 169,951.00 | | |
| | | Total Liabilities | | 281,362.79 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Christopher R. Oetjens,**
       **Krista Oetjens**

Case No. **09-50828**

Debtors    , Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,157.55 |
| Average Expenses (from Schedule J, Line 18) | 5,623.91 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,733.60 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 29,296.79 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 192,066.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 221,362.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Christopher R. Oetjens**  Case No. **09-50828**

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on person and/or at residence** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 25.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account - Dearborn Federal Credit Union** | 11 U.S.C. § 522(d)(5) | 250.00 | 500.00 |
| **Savings Account - Dearborn Federal Credit Union** | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| **1 Couch, 1 loveseat, 1 lazyboy, 1 lounge, 1 52" projection television, master bedroom furniture, 1 sony stereo system with bose speakers, 1 dvd player, spare bedroom furniture, 1 office desk, end tables and 1 coffee table, 2 lamps, 1 kitchen table, 1 microwave and 1 washer and dryer located at residence** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(3) | 2,075.00 | 4,150.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, DVD's, and Compact discs located at residence; miscellaneous artwork and decorations** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 200.00 | 400.00 |
| **Wearing Apparel** | | | |
| **Clothing located at residence** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 350.00 | 700.00 |
| **Furs and Jewelry** | | | |
| **Man's wedding ring, watch** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(4) | 350.00 | 350.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Trading cards located at residence** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Interests in Insurance Policies** | | | |
| **Term life insurance policy through employer with no cash, surrender, or loan value** | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **ERISA-qualified Retirement Savings Plan through employer** | 11 U.S.C. § 522(d)(12) | 35,000.00 | 35,000.00 |
| **Animals** | | | |
| **2 dogs** | 11 U.S.C. § 522(d)(5) | 150.00 | 300.00 |

___  **1**  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re     **Christopher R. Oetjens**                                 Case No.     __**09-50828**_____

_____,
                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Misc. tools, lawn equipment and outdoor furniture** | **11 U.S.C. § 522(d)(5)** | **100.00** | **200.00** |

|  |  | Total: | **38,901.00** | **42,151.00** |
|---|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re **Krista Oetjens**                                          Case No. **09-50828**

_____
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Cash on person and/or at residence** Location: 13133 Plum, Southgate | 11 U.S.C. § 522(d)(5) | 25.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account - Dearborn Federal Credit Union** | 11 U.S.C. § 522(d)(5) | 250.00 | 500.00 |
| **Savings Account - Dearborn Federal Credit Union** | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| **1 Couch, 1 loveseat, 1 lazyboy, 1 lounge, 1 52" projection television, master bedroom furniture, 1 sony stereo system with bose speakers, 1 dvd player, spare bedroom furniture, 1 office desk, end tables and 1 coffee table, 2 lamps, 1 kitchen table, 1 microwave and 1 washer and dryer located at residence** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(3) | 2,075.00 | 4,150.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, DVD's, and Compact discs located at residence; miscellaneous artwork and decorations** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 200.00 | 400.00 |
| **Wearing Apparel** | | | |
| **Clothing located at residence** Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 350.00 | 700.00 |
| **Furs and Jewelry** | | | |
| **Wedding set with diamonds; gold and costume jewelry** | 11 U.S.C. § 522(d)(4) | 800.00 | 800.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Child support arrearage owed to Debtor wife** | 11 U.S.C. § 522(d)(10)(D) | 67,000.00 | 67,000.00 |
| **Animals** | | | |
| **2 dogs** | 11 U.S.C. § 522(d)(5) | 150.00 | 300.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Misc. tools, lawn equipment and outdoor furniture** | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| | Total: | 71,050.00 | 74,300.00 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re     **Christopher R. Oetjens,**                       Case No.    **09-50828**

        **Krista Oetjens**

                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re      **Christopher R. Oetjens,**
           **Krista Oetjens**

Case No.     **09-50828**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xx3448-DM** | | | | **2002** | | | | | |
| **Wayne County Friend of the Court 645 Griswold Detroit, MI 48226** | - | | | **Child support payable to Mihaela Oetjens, 32900 Adam Brown Dr., Brownstown, MI  48173, for minor child of Debtor; no arrearage - payments in the amount of $767.50 monthly are current** | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Christopher R. Oetjens,**
         **Krista Oetjens**

Case No.    **09-50828**

               Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. xxxxxxxxxxx6348<br><br>**American General Finan**<br>**600 N Royal Ave**<br>**Evansville, IN 47715** | | H | | | Opened 5/01/06 Last Active 4/01/07<br>ChargeAccount | | | | 2,937.00 |
| Account No.<br><br>**Annette J. Benson & Associates**<br>**30600 Telegraph Rd., Suite 4290**<br>**Franklin, MI 48025** | | - | | | Legal Services | | | X | 13,000.00 |
| Account No. xxxx6911<br><br>**Arrow Fincl**<br>**8589 Aero Drive**<br>**San Diego, CA 92123** | | W | | | Opened 12/18/07 Last Active 6/01/07<br>Collection Hsbc Bank Nevada Na | | | | 2,746.00 |
| Account No. xxxxxxx7005<br><br>**Bally Total Fitness**<br>**12440 E Imperial Suite 3**<br>**Norwalk, CA 90650** | | - | | | Opened 12/01/00<br>InstallmentSalesContract | | | X | Unknown |
| __8__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 18,683.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           S/N:31551-090528   Best Case Bankruptcy

In re **Christopher R. Oetjens,**  
    **Krista Oetjens,**

Case No. **09-50828**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3215**<br><br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE 19884** | | H | Opened 9/01/92 Last Active 5/01/07<br>CreditCard | | | | 22,637.00 |
| Account No. **xxxxxxx2619**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | H | Opened 2/01/05 Last Active 4/01/07<br>CreditCard | | | | 12,905.00 |
| Account No. **xxxxxx1370**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | H | Opened 5/01/01 Last Active 4/07/05<br>CreditCard | | | | 0.00 |
| Account No. **xxxxxxxx7909**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | H | Opened 5/01/01 Last Active 5/01/07<br>CreditCard | | | | 2,601.00 |
| Account No. **xxxxxxx5002**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | H | Opened 4/01/04 Last Active 6/01/07<br>CreditCard | | | | 1,736.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **39,879.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re   **Christopher R. Oetjens,**            Case No.    **09-50828**
          **Krista Oetjens**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1379** <br><br> **Chase Na** <br> **4915 Independence Parkway** <br> **Tampa, FL 33634** | | H | Opened 5/01/01 Last Active 4/01/05 | | | X | **Unknown** |
| Account No. **xxxxxxx4197** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | H | Opened 8/01/01 Last Active 3/12/07 <br> CreditCard | | | X | **488.00** |
| Account No. **xxxxxxx4818** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | H | Opened 7/01/91 Last Active 4/12/07 <br> CreditCard | | | | **8,532.00** |
| Account No. **Dxx171N1** <br><br> **Credit Bureau Services** <br> **13422 Fort St** <br> **Southgate, MI 48195** | | H | Opened 10/01/06 <br> Agriculture Henry Ford Wyandotte | | | | **50.00** |
| Account No. **xxxxxxx0007** <br><br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | H | Opened 8/01/90 Last Active 8/18/98 <br> CreditCard | | | X | **0.00** |

Sheet no. __2__ of __8__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)     **9,070.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Christopher R. Oetjens,**
      **Krista Oetjens**

Case No.     **09-50828**

_____ ,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1754**<br><br>**Dsnb Macys**<br>**3039 Cornwallis Rd**<br>**Durham, NC 27709** | | J | **Opened 2/01/05 Last Active 9/01/06**<br>**ChargeAccount** | | | | 872.00 |
| Account No. **xxxxxxxx0018**<br><br>**Dte Energy**<br>**3200 Hobson St**<br>**Detroit, MI 48201** | | H | **Opened 6/01/99 Last Active 12/01/06** | | | | 159.00 |
| Account No. **5089**<br><br>**Fifth Third Bank**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263** | | H | **5/1/2003**<br>**Deficiency balance on second mortgage on foreclosed real property located at 22713 Forestbrook Lane, Flat Rock, Michigan** | | | X | 23,000.00 |
| Account No. **xxxxxxx0112**<br><br>**Gecfi/Suzuki Midwest**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | H | **Opened 2/01/04**<br>**ChargeAccount** | | | X | 0.00 |
| Account No. **xxxxxxx0602**<br><br>**Gemb/Care Credit**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | H | **Opened 11/01/01 Last Active 12/03/01**<br>**ChargeAccount** | | | | 0.00 |

Sheet no. __**3**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **24,031.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Christopher R. Oetjens,**
**Krista Oetjens**

Case No. **09-50828**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx4711**<br><br>**Gemb/Jcp**<br>**Po Box 981402**<br>**El Paso, TX 79998** | | W | | | Opened 4/11/05 Last Active 11/06/07<br>ChargeAccount | | | | 1,590.00 |
| Account No. **xxxxxxx2006**<br><br>**Gemb/Jewelry Exchange**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | H | | | Opened 4/01/06 Last Active 5/01/07<br>ChargeAccount | | | | 408.00 |
| Account No. **xxx2739**<br><br>**H&R Accounts**<br>**P O Box 672**<br>**Moline, IL 61266** | | W | | | Opened 8/04/08 Last Active 11/01/07<br>Collection 01 Von Maur Chicago | | | | 1,318.00 |
| Account No. **xxxxxxxx1172**<br><br>**Hlzg/Cbusa**<br>**Pob 5002**<br>**Sioux Falls, SD 57117** | | J | | | Opened 12/01/90 Last Active 9/01/00<br>CombinedCreditPlan | | | | 0.00 |
| Account No. **xxxxxxxx6626**<br><br>**Hsbc/Rs**<br>**Pob 15521**<br>**Wilmington, DE 19805** | | H | | | Opened 3/01/95 | | | | 0.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,316.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Christopher R. Oetjens,**                    Case No.    **09-50828**
               **Krista Oetjens**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6624**<br><br>Hsbc/Rs<br>Pob 15521<br>Wilmington, DE 19805 | | J | **Opened 2/01/95 Last Active 5/01/00**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. **xxxxxx-xxxxxx2135**<br><br>Hsbc/Suzki<br>Po Box 703<br>Wood Dale, IL 60191 | | J | **Opened 2/01/04**<br>**ChargeAccount** | | | | **0.00** |
| Account No.<br><br>Mark Berke<br>Gold, Lange & Majoros<br>24901 Northwestern Hwy.<br>Suite 444<br>Southfield, MI 48075 | | J | **2006-2007**<br>**Legal Services** | | | X | **24,675.00** |
| Account No. **xxxxxxxxx0720**<br><br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | H | **Opened 12/01/05 Last Active 5/01/07**<br>**ChargeAccount** | | | | **1,759.00** |
| Account No. **xxxxxxx0008**<br><br>National City Card Ser<br>1 National City Pkwy<br>Kalamazoo, MI 49009 | - | | **Opened 1/01/89 Last Active 5/01/07**<br>**CreditCard** | | | X | **377.00** |

| | |
|---|---|
| Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **26,811.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Christopher R. Oetjens,**                    Case No.    **09-50828**
          **Krista Oetjens**

                                          Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0000**<br><br>**National City Card Ser**<br>**1 National City Pkwy**<br>**Kalamazoo, MI 49009** | | W | Opened 3/01/93 Last Active 2/13/07<br>CreditCard | | | | 12,160.00 |
| Account No. **Mxxxxx0002**<br><br>**Russell Agcy**<br>**G3285 Van Slyke Rd**<br>**Flint, MI 48507** | | H | Opened 11/06/06<br>Collection Med1 02 Southgate Ra | | | | 114.00 |
| Account No. **Mxxxxx0001**<br><br>**Russell Collection**<br>**G3285 Van Slyke Rd**<br>**Flint, MI 48507** | | H | Opened 2/01/06 Last Active 10/01/05<br>Agriculture Epmg Henry Ford Wyan | | | | 432.00 |
| Account No. **xxxxxxx8494**<br><br>**Thd/Cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | W | Opened 4/26/05 Last Active 11/18/07<br>ChargeAccount | | | | 1,975.00 |
| Account No. **xxxxx8435**<br><br>**Tnb - Target**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | H | Opened 11/01/06 Last Active 3/01/07<br>ChargeAccount | | | | 78.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)    **14,759.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **Christopher R. Oetjens,**                 Case No.    **09-50828**
          **Krista Oetjens**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5644**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | J | **Opened 9/01/05 Last Active 4/01/05**<br>**Medical** | | | X | 50.00 |
| Account No. **xxxxxx2763**<br><br>**Us Bank Home Mortgage**<br>**4801 Frederica St**<br>**Owensboro, KY 42301** | | H | 05/01/2003<br>**Deficiency balance on foreclosed real property located at 22713 Forestbrook Lane, Flat Rock, Michigan** | | | X | 30,000.00 |
| Account No. **xxxxxx7383**<br><br>**Wash Mutual/Providian**<br>**Po Box 9180**<br>**Pleasanton, CA 94566** | | H | **Opened 10/01/06 Last Active 5/01/07**<br>**CreditCard** | | | | 1,185.00 |
| Account No. **xxxxx5061**<br><br>**Wfnnb/Express Structur**<br>**Po Box 330064**<br>**Northglenn, CO 80233** | | H | **Opened 4/01/03 Last Active 5/10/07**<br>**ChargeAccount** | | | | 804.00 |
| Account No. **xxxxxxxxxxxx1616**<br><br>**Wfnnb/Vctria**<br>**Po Box 182128**<br>**Columbus, OH 43218** | | W | **Opened 11/09/06 Last Active 1/01/08**<br>**ChargeAccount** | | | | 878.00 |

| | |
|---|---|
| Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) |
| | **32,917.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Christopher R. Oetjens,**
      **Krista Oetjens**

Case No.   **09-50828**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xx2686** <br><br> **Wilshire Crd <br> Po Box 8517 <br> Portland, OR 97207** | | | W | | | Opened 3/31/05 Last Active 2/01/09 **UNSECURED SECOND MORTGAGE DUE TO LACK OF EQUITY; DEBTOR INTENDS TO TREAT THIS LOAN AS UNSECURED** | | | | **22,600.00** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet no. __**8**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,600.00**

Total
(Report on Summary of Schedules)    **192,066.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

| In re | **Christopher R. Oetjens**<br>**Krista Oetjens** | Case No. | **09-50828** |
|---|---|---|---|
| | Debtor(s) | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**11**<br>**16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **Sales** |
| Name of Employer | **Boehringer Ingelheim** | **Posh Fashion Accesories, LLC** |
| How long employed | **7 years** | **4 mos.** |
| Address of Employer | **900 Ridgebury Road**<br>**Ridgefield, CT 06877** | **3392 Fairlane Drive**<br>**Allen Park, MI 48101** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 7,712.97 | $ 468.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 7,712.97 | $ 468.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 1,820.00 | $ 94.00 |
|     b. Insurance | $ 374.66 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): **RSP Loan** | $ 247.26 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,441.92 | $ 94.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5,271.05 | $ 374.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 75.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 137.50 |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): **Rehab One** | $ 0.00 | $ 300.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 512.50 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,271.05 | $ 886.50 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,157.55 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**1.  Debtor husband is paid a commission quarterly projected to be $20,000 in 2009 which income is included on Line 1. His RSP loan is projected to be paid off May, 20, 2011.  The Plan payment will step up payments effective on June 3, 2011.**

**2. Debtor wife obtained part-time employment in November, 2008 with an hourly wage of $9 for an average of 10-15/hrs/wk. (hours were recently reduced).**

**3. Debtor wife is also a Tastefully Simple representative, selling various specialty food items at home parties when she gets bookings.  She has generated very little, if any, profit from this business after deducting expenses.**

**4. Income from Rehab One has been reduced**

**5. Debtor wife's child support payments are sporadic**

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Christopher R. Oetjens**
       **Krista Oetjens**                       Case No.    **09-50828**

                                 Debtor(s)         Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **27**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 8, 2009**                             Signature:    **/s/ Christopher R. Oetjens**
                                                                     Debtor

Date    **July 8, 2009**                             Signature:    **/s/ Krista Oetjens**
                                                                   (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer             Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date                                      Signature: _____

                                                  *[Print or type name of individual signing on behalf of debtor]*

       *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

**IN THE MATTER OF:**

**Christopher R. Oetjens**

S.S.#___**xxx-xx-4137**_____
and
**Krista Oetjens**

CASE NO.   **09-50828**

S.S.#___**xxx-xx-8239**_____   Debtor(s)   CHAPTER 13
_____/

### CHAPTER 13 PLAN - AMENDED

[ ] Original _**OR**_ [ **X** ] Modification #   **1**_____       [ **X** ] pre-confirmation _**OR**_ [ ] post-confirmation

**I.     PLAN PAYMENTS & DISBURSEMENTS**

This is the debtor's(s') latest Chapter 13 Plan.  The following Classes of claims are established for payment from funds available by the Trustee except those identified as "direct payments" as indicated herein.

A.      The debtor shall make payments in the amount of **$246.30 Bi-weekly** for **23** months, then **$360.42 Bi-weekly** for **37** months (frequency).

B.      Plan length:  **60**  months, commencing on the date of entry of the Order Confirming Plan, which shall also be the effective date of the Plan.  The Trustee is hereby authorized to automatically adjust the Plan length an additional six (6) months to accomplish the purposes of this Plan, but in no event shall this Plan last more than five years.

C.      Debtor commits 100% of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.

D.      Treatment of claims

1.      Class One - Administrative Expenses
   a.      *Trustee fees* as determined by statute.
   b.      *Attorney fees and costs*: An agreed fee of $__**3,000.00**__ less amounts paid as reflected in the Rule 2016(b) Statement, leaving a balance due of $__**3,000.00**__ plus costs advanced in the amount of $__**0.00**__ which totals $__**3,000.00**__ .  Said sum to be paid at the rate of $__**500.00**__ per month.
   c.      Other:

2.      Class Two - Continuing Claims:   Those secured claims on which the last payment is due beyond the length of the Plan [11 U.S.C. §1322(b)(5)].  To the extent such claims are non-modifiable pursuant to 11 U.S.C. § 1322(b)(2), the Trustee shall adjust the monthly payment to such creditors upon compliance by the creditor with L.B.R. 3015-1(a)(9)(E.D.M.) and the debtor shall increase Plan payments as needed for such compliance.

   a.      Post-Confirmation

| Creditor/Collateral | Monthly Payments |
|---|---|
| **Us Bank Home Mortgage** | 1,093.57 |
| **Single family home located at 13133 Plum St., Southgate, MI 48195** | *Direct by Debtor* |

   b.      Post-Petition/Pre-Confirmation Arrears- (TO BE PAID IN FIRST 12 MONTHS):

| Creditor/Collateral | Arrears Amount | Interest Rate | Estimated Monthly Payment | Time to Cure |
|---|---|---|---|---|
| **-NONE-** | | | | |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

3. <u>Class Three - Executory Contracts and/or Unexpired Leases</u> [11 U.S.C. §1322(b)(7) and 11 U.S.C. §365]
   a.　　　Continuing, Post-Petition Obligations:

| Creditor/Collateral | Assume/<br>Reject/<br>Assign? | If assumed,<br>regular payment<br>per month | Lease/Contract<br>expiration date |
|---|---|---|---|
| **-NONE-** | | | |

   b.　　　Pre-Petition Obligations:

| Creditor/Collateral | If assumed,<br>amount of<br>Default | If assumed,<br>number of months<br>to cure from<br>confirmation date<br>+ interest rate | If assumed,<br>monthly payment<br>on cure |
|---|---|---|---|
| **-NONE-** | | | |

4. <u>Class Four - Arrearage on Continuing Claims</u> [11 U.S.C. §1322(b)(5)]
   Pre-Petition Arrears:

| Creditor/Collateral | Arrears Amount | Interest Rate | Estimated<br>Monthly Payment | Number of months to cure<br>from confirmation date |
|---|---|---|---|---|
| **-NONE-** | | | | |

5. <u>Class Five - Other Secured Claims</u>:  Secured claims other than those listed in Classes Two and Four on which the last payment will become due within the Plan duration.

| Creditor/Collateral | "Crammed down"<br>[11 U.S.C. 1325(a)(5)]<br>or modified<br>[11 U.S.C. 1322(b)(2)]<br>Indicate Which | Market<br>Value | Interest<br>Rate | Monthly<br>Payment<br>(Incl.<br>Interest) | Total to Pay<br>(Incl.<br>Interest) | Number of<br>months from<br>confirmation<br>date |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

6. <u>Class Six - Priority Unsecured Claims</u> [11 U.S.C. §1322(a)(2)]

| Creditor | Amount | Interest Rate | |
|---|---|---|---|
| **Wayne County Friend of the Court** | **0.00** | **0%** | **\*Paid Direct by Debtor\*** |

7. <u>Class Seven - Special Unsecured Claims</u> shall be paid in full and concurrently with Class Eight General Unsecured Claims.

| Creditor | Amount | Interest<br>Rate | Reason for Special Treatment |
|---|---|---|---|
| **-NONE-** | | | |

8. <u>Class Eight - General Unsecured Claims</u> shall be paid  __19__ % of such amounts with interest at the rate of  __0.00__ % per annum.  This Plan shall provide either the percent stated or shall continue for the length stated, whichever will offer the greater dividend to general unsecured creditors in this class.

9. Other Provisions:  Insert as necessary
   **Debtor's Chapter 13 Plan payments shall increase to $680.00 effective the first pay period following the pay-off of Debtor's RSP loan which is projected to be June 3, 2011**

*Model Plan Version 2.0 - 05/01*

2

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

**AVOIDANCE OF WHOLLY UNSECURED MORTGAGE HELD BY WILSHIRE CREDIT CORPORATION ("WILSHIRE"). The market value of the real estate is believed to be approximately $60,000, the balance on the first mortgage held by US BANK is approximately $89,000, and the balance on the second mortgage held by WILSHIRE is approximately $22,000. Therefore, the second mortgage lien held by WILSHIRE is not secured by any value in the real estate and the lien is hereby deemed to be avoided under section 506 of the Bankruptcy Code. CONFIRMATION OF THIS PLAN CONSTITUTES A FINDING BY THE COURT THAT THE SECOND MORTGAGE HELD BY WILSHIRE IS UNSECURED AND IS AVOIDED, AND CONFIRMATION IS BINDING ON THE CREDITOR."**

## II.    GENERAL PROVISIONS

A.    **THIS PLAN FOLLOWS THE TRUSTEE'S PLAN IN ALL RESPECTS, WITH THE EXCEPTION OF:**

B.    **VESTING, POSSESSION OF ESTATE PROPERTY AND LIEN RETENTION**:  Upon confirmation of the Plan, all property of the estate shall vest in the debtor [11 U.S.C. §1327(b)].  The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein [11 U.S.C. §1306(b)].  All secured creditors shall retain the liens securing their claims unless otherwise stated.

C.    **SURRENDER OR ABANDONMENT OF COLLATERAL**:  Upon confirmation the automatic stay is lifted as to any collateral treated as surrendered or abandoned.

D.    **PROHIBITION AGAINST INCURRING POST-PETITION DEBT**:  While this case is pending, the debtor shall not incur a debt in excess of $1,000.00 without first obtaining approval from the Court.

E.    **UNSCHEDULED CREDITORS FILING CLAIMS**:  If a pre- or post-petition creditor is not listed in the Chapter 13 Schedules, but files a proof of claim, the Trustee is authorized to classify the claim into one of the existing classes under this Plan and to schedule the claim for payment within that class.

F.    **PROOFS OF CLAIMS FILED AT VARIANCE WITH THE PLAN**:  In the event that a creditor files a proof of claim that is at variance with the provisions of this Plan, the following method is to be employed to resolve the conflict:

   1.    Regarding claims for which the Plan does not propose a "cramdown" or modification, the proof of claim shall supersede the Plan as to the claim amount, percentage rate of interest, monthly payments, classification of the claim, percentage of interest on arrears, if any, but the proof of claim shall not govern as to the valuation of collateral.

   2.    As to claims for which the Plan proposes a "cramdown" or modification, the proof of claim governs only as to the claim amount, but not with respect to any of the other aforementioned contractual terms.

   3.    If a holder of a claim files a proof of claim at variance with this Plan or related schedules, the Trustee shall automatically treat that claim as the holder indicated, unless provided otherwise by order of the Court.

   4.    A proof of claim or interest shall be deemed filed under 11 U.S.C. §501 for any claim or interest that appears in Classes Two, Three, Four or Five of this plan, except a claim or interest that is disputed, contingent or non-liquidated and labeled as such in this plan.

      **NOTE:**  Debtor reserves the right to object to any claim.

G.    **TAX RETURNS AND TAX SET-OFFS**:  All tax returns which have become due prior to the filing of this Plan have been filed except the following (see L.B.R. 2083-1(E.D.M.) regarding non-filed returns):
      **-NONE-**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

09-50828-swr    Doc 32    Filed 07/08/09    Entered 07/08/09 16:37:59    Page 22 of 25

H. **DEBTOR ENGAGED IN BUSINESS**:  [  ] If the box to the immediate left is "checked", the debtor is self-employed **AND** incurs trade credit in the production of income from such employment.

    1.      11 U.S.C. §1304(b) and (c) regarding operation of the business and duties imposed upon the debtor are incorporated herein by reference.

    2.      The debtor shall comply with the provisions of L.B.R. 3015-1(a)(8) and 2003-2(a)(b) (E.D.M.) unless the Court orders otherwise.

I. **ORDER OF PAYMENT OF CLAIMS**:  Class One claims shall be paid in advance of others, then Classes Two and Three in advance of all remaining classes, then Classes Four and Five, then Class Six, and then Classes Seven and Eight shall be paid as stated in each respective section. [LBR 3015-1(a)(5) (E.D.M.)]

J. **WORKSHEET**:  The worksheet on a form available from the clerk's office, is required by L.B.R. 3015-1(b)(2) (E.D.M.).  It is attached hereto and incorporated herein by reference.

K. **CONFLICT OF DEBT AMORTIZATION**:  If the amortization figures conflict with respect to those stated in Class 2b, Class 3, Classes 4 Class 5, the time to cure shall be paramount, and the Trustee shall make alterations to implement this statement.

L. **DEBTOR DUTY TO MAINTAIN INSURANCE**: Debtor shall maintain all insurance required by law and contract upon property of the estate and the debtor's property.  After confirmation of this Plan, if the debtor fails to maintain full coverage collateral protection insurance as required above, any party in interest may submit an affidavit of default and in the event that the default is not cured within ten (10) days from the date of service of the affidavit upon the debtor, debtor's counsel and the Trustee, said party may submit an Order Granting Relief from the Automatic Stay as to the collateral to the Court along with a further affidavit attesting to the debtor's failure to cure.  Said Order shall be granted without motion or hearing.

M. **ENTRY OF ORDERS LIFTING STAY**: Upon entry of Order Lifting Stay, no distributions shall be made to the secured creditor until such time as an amended claim is filed by such creditor.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

**N.   LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 60,000.00 | 89,296.79 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 5,550.00 | 0.00 | 5,550.00 | 5,550.00 | 0.00 |
| JEWELRY | 1,150.00 | 0.00 | 1,150.00 | 1,150.00 | 0.00 |
| CASH/BANK ACCOUNTS | 750.00 | 0.00 | 750.00 | 750.00 | 0.00 |
| OTHER | 102,501.00 | 0.00 | 102,501.00 | 102,501.00 | 0.00 |

Amount available upon liquidation..........................................................  $ _____ 0.00

Less administrative expenses and costs..................................................  $ _____ 0.00

Less priority claims................................................................................  $ _____ 0.00

Amount Available in Chapter 7.............................................................  $ _____ 0.00

/s/ Rochelle E. Guznack
**Rochelle E. Guznack P61675**
Attorney for Debtor
**Law Offices of Rochelle E. Guznack, PLLC**
**16325 Homer**
**Plymouth, MI 48170**

**rguznack@gmail.com**
**(248) 679-1552 Fax:(248) 282-5272**
Phone Number

/s/ Christopher R. Oetjens
**Christopher R. Oetjens**
Debtor

/s/ Krista Oetjens
**Krista Oetjens**
Joint Debtor

**July  8, 2009**
Date

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# WORKSHEET

1.  Length of Plan is _____ weeks; __**60**__ months; _____ years.

    Debtor #1:

2.  $ __**390.71**__ per pay period x __**( Bi-weekly )**__ pay periods per Plan = $ __**50,792.30**__ total per Plan
    __**130**__

    Debtor #2:

    $ _____ per pay period x __( )__ pay periods per Plan = $ _____ total per Plan

3.  $ _____ per period x _____ periods in Plan = _____

4.  Lump Sums: **0.00**

5.  Equals total to be paid into the Plan **41,167.02**

6.  Estimated trustee's fees __**1,975.79**__

7.  Attorney fees and costs __**3,000.00**__

8.  Total priority claims __**0.00**__

9.  Total installment mortgage or
    other long-term debt payments __**0.00**__

10. Total of arrearage
    including interest __**0.00**__

11. Total secured claims,
    including interest __**0.00**__

    Total of items 6 through 11 $ __**4,975.79**__

12. Funds available for unsecured creditors (item 5 minus item 11) $ __**36,191.23**__

13. Total unsecured claims (if all file) $ __**192,066.00**__

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) __**19**__ %

15. Estimated dividend to general unsecured creditors if
    Chapter 7, (see liquidation analysis attached) $ __**0.00**__

COMMENTS:
    **Plan payments will increase on June 3, 2011 when RSP loan has been paid off.**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy