B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Christopher R. Oetjens,**    Case No. **09-50828**
        **Krista Oetjens**
        Debtors    Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 60,000.00 | | |
| B - Personal Property | Yes | 4 | 109,951.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 89,296.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 189,078.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,972.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,607.91 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 169,951.00 | | |
| Total Liabilities | | | | 278,374.79 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Christopher R. Oetjens,
Krista Oetjens**,
Debtors

Case No. **09-50828**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,972.07 |
| Average Expenses (from Schedule J, Line 18) | 5,607.91 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,733.60 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 29,296.79 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 189,078.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 218,374.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Christopher R. Oetjens,**                     Case No. **09-50828**
     **Krista Oetjens**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on person and/or at residence<br>Location: 13133 Plum, Southgate MI | J | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Dearborn Federal Credit Union | J | 500.00 |
| | | | Savings Account - Dearborn Federal Credit Union | J | 200.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 1 Couch, 1 loveseat, 1 lazyboy, 1 lounge, 1 52" projection television, master bedroom furniture, 1 sony stereo system with bose speakers, 1 dvd player, spare bedroom furniture, 1 office desk, end tables and 1 coffee table, 2 lamps, 1 kitchen table, 1 microwave and 1 washer and dryer located at residence<br>Location: 13133 Plum, Southgate MI | J | 4,150.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, DVD's, and Compact discs located at residence; miscellaneous artwork and decorations<br>Location: 13133 Plum, Southgate MI | J | 400.00 |
| 6. | Wearing apparel. | | Clothing located at residence<br>Location: 13133 Plum, Southgate MI | J | 700.00 |
| 7. | Furs and jewelry. | | Man's wedding ring, watch<br>Location: 13133 Plum, Southgate MI | H | 350.00 |
| | | | Wedding set with diamonds; gold and costume jewelry | W | 800.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Trading cards located at residence | H | 300.00 |

                                                                                                       Sub-Total >     **7,450.00**
                                                                                                     (Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

| In re | **Christopher R. Oetjens,** | Case No. | **09-50828** |
|---|---|---|---|
| | **Krista Oetjens** | | |

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy through employer with no cash, surrender, or loan value** | **H** | **1.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **ERISA-qualified Retirement Savings Plan through employer, 401(K), NOT PART OF ESTATE PATTERSON V SHUMATE** | **H** | **35,000.00** |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Child support arrearage owed to Debtor wife** | **W** | **67,000.00** |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

| | Sub-Total > | **102,001.00** |
|---|---|---|
| | (Total of this page) | |

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                                                                                                                                                            Best Case Bankruptcy

In re **Christopher R. Oetjens,**　　　　　　　　　　　　　　　　　　　　Case No. **09-50828**
　　　　**Krista Oetjens**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs | J | 300.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　**300.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Christopher R. Oetjens,**
**Krista Oetjens**
                                                                          Case No. **09-50828**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misc. tools, lawn equipment and outdoor furniture** | J | 200.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **200.00** |
| Total > | **109,951.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Christopher R. Oetjens** Case No. **09-50828**
                                                                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on person and/or at residence Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 25.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account - Dearborn Federal Credit Union | 11 U.S.C. § 522(d)(5) | 250.00 | 500.00 |
| Savings Account - Dearborn Federal Credit Union | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| 1 Couch, 1 loveseat, 1 lazyboy, 1 lounge, 1 52" projection television, master bedroom furniture, 1 sony stereo system with bose speakers, 1 dvd player, spare bedroom furniture, 1 office desk, end tables and 1 coffee table, 2 lamps, 1 kitchen table, 1 microwave and 1 washer and dryer located at residence Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(3) | 2,075.00 | 4,150.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, DVD's, and Compact discs located at residence; miscellaneous artwork and decorations Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 200.00 | 400.00 |
| **Wearing Apparel** | | | |
| Clothing located at residence Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 350.00 | 700.00 |
| **Furs and Jewelry** | | | |
| Man's wedding ring, watch Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(4) | 350.00 | 350.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Trading cards located at residence | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Interests in Insurance Policies** | | | |
| Term life insurance policy through employer with no cash, surrender, or loan value | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| **Animals** | | | |
| 2 dogs | 11 U.S.C. § 522(d)(5) | 150.00 | 300.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Misc. tools, lawn equipment and outdoor furniture | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| | Total: | **3,901.00** | **7,151.00** |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                       Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Krista Oetjens** Case No. **09-50828**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on person and/or at residence<br>Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 25.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account - Dearborn Federal Credit Union | 11 U.S.C. § 522(d)(5) | 250.00 | 500.00 |
| Savings Account - Dearborn Federal Credit Union | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| 1 Couch, 1 loveseat, 1 lazyboy, 1 lounge, 1 52" projection television, master bedroom furniture, 1 sony stereo system with bose speakers, 1 dvd player, spare bedroom furniture, 1 office desk, end tables and 1 coffee table, 2 lamps, 1 kitchen table, 1 microwave and 1 washer and dryer located at residence<br>Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(3) | 2,075.00 | 4,150.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, DVD's, and Compact discs located at residence; miscellaneous artwork and decorations<br>Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 200.00 | 400.00 |
| **Wearing Apparel** | | | |
| Clothing located at residence<br>Location: 13133 Plum, Southgate MI | 11 U.S.C. § 522(d)(5) | 350.00 | 700.00 |
| **Furs and Jewelry** | | | |
| Wedding set with diamonds; gold and costume jewelry | 11 U.S.C. § 522(d)(4) | 800.00 | 800.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Child support arrearage owed to Debtor wife | 11 U.S.C. § 522(d)(10)(D) | 67,000.00 | 67,000.00 |
| **Animals** | | | |
| 2 dogs | 11 U.S.C. § 522(d)(5) | 150.00 | 300.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Misc. tools, lawn equipment and outdoor furniture | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| | Total: | **71,050.00** | **74,300.00** |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Christopher R. Oetjens,**          Case No. **09-50828**
     **Krista Oetjens**
                                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3176** <br><br> **Us Bank Home Mortgage** <br> **4801 Frederica St** <br> **Owensboro, KY 42301** | | W | **2003** <br><br> **First Mortgage** <br><br> **Single family home located at 13133 Plum St., Southgate, MI 48195** <br><br> Value $     **60,000.00** | | | | **89,296.79** | **29,296.79** |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **89,296.79** | **29,296.79** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **89,296.79** | **29,296.79** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Christopher R. Oetjens,**
**Krista Oetjens**
                                                                                          , Case No. **09-50828**
                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GEOFF OETJENS**<br>**3123 ELLIOTT**<br>**Lincoln Park, MI 48146** | **2009 CHEVROLET MALIBU, $396.50 PER MONTH, BEING PURCHASED BY DEBTOR'S FATHER, DEBTOR MAKES THE PAYMENTS, LAST PAYMENT AFTER END OF PLAN, JANUARY, 2015** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re    **Christopher R. Oetjens**
      **Krista Oetjens**            Case No. **09-50828**
             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Son<br>Daughter | AGE(S):<br>11<br>16 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **Sales** |
| Name of Employer | **Boehringer Ingelheim** | **Posh Fashion Accesories, LLC** |
| How long employed | **7 years** | **4 mos.** |
| Address of Employer | **900 Ridgebury Road**<br>**Ridgefield, CT 06877** | **3392 Fairlane Drive**<br>**Allen Park, MI 48101** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **7,882.33** | $ **641.33** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **7,882.33** | $ **641.33** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **1,898.00** | $ **56.33** |
|     b. Insurance | $ **487.50** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): **401 k loan** | $ **247.26** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **2,632.76** | $ **56.33** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **5,249.57** | $ **585.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **137.50** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **137.50** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,249.57** | $ **722.50** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **5,972.07** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **His 401k loan is projected to be paid off May, 20, 2011. The Plan payment will step up payments 114.12 bi-weekly, effective on June 3, 2011.**

**B6J (Official Form 6J) (12/07)**

In re   **Christopher R. Oetjens**
      **Krista Oetjens**                              Case No.  **09-50828**
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,093.57 |
|    a. Are real estate taxes included?   Yes **X**   No ___ | |
|    b. Is property insurance included?   Yes **X**   No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | $ 204.00 |
|                b. Water and sewer | $ 70.00 |
|                c. Telephone | $ 0.00 |
|                d. Other  **See Detailed Expense Attachment** | $ 298.00 |
| 3. Home maintenance (repairs and upkeep) | $ 110.00 |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 358.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 86.67 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|        a. Homeowner's or renter's | $ 0.00 |
|        b. Life | $ 0.00 |
|        c. Health | $ 0.00 |
|        d. Auto | $ 152.00 |
|        e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|        (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|        a. Auto | $ 0.00 |
|        b. Other  **LEASE PAYMENT TO DEBTOR'S FATHER FOR VEHICLE** | $ 396.50 |
|        c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 767.50 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ 821.67 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,607.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtors will be purchasing a car for their 16-year-old daughter which will increase transportation and car insurance costs.**

**Debtor's daughter will be attending high school classes to make up missed credits during the summer of 2009 which will cost $600.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,972.07 |
| b. Average monthly expenses from Line 18 above | $ 5,607.91 |
| c. Monthly net income (a. minus b.) | $ 364.16 |

09-50828-swr   Doc 55   Filed 09/02/09   Entered 09/02/09 07:47:41   Page 12 of 19

**B6J (Official Form 6J) (12/07)**

**B6J (Official Form 6J) (12/07)**

In re **Christopher R. Oetjens / Krista Oetjens** Case No. **09-50828**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
**Detailed Expense Attachment**

**Other Utility Expenditures:**

| | |
|---|---:|
| Cable, internet and home phone | $ 148.00 |
| Cell phone (2 phones) | $ 150.00 |
| **Total Other Utility Expenditures** | $ **298.00** |

**Other Expenditures:**

| | |
|---|---:|
| Pet expenses (food, vet, grooming) | $ 140.00 |
| Haircuts/color, products, brushes, combs, stylers | $ 40.00 |
| Personal hygiene products | $ 60.00 |
| License tabs | $ 10.67 |
| Cigarettes | $ 320.00 |
| kids' school activites | $ 71.00 |
| Adult acne skin care | $ 80.00 |
| Christmas and birthday gifts | $ 50.00 |
| Summer school for minor child | $ 50.00 |
| **Total Other Expenditures** | $ **821.67** |

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Christopher R. Oetjens

**CASE NUMBER:** 08-58786

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

- ☐ Add creditors to schedule(s) _____. How many?___ (Use second page of this form to list creditors added).

    - ☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

- ☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

- ☒ Other: (Please explain) **amend Schedules B,C,D, G, I and J to reflect changes in income and corrections in other schedules**

- ☒ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

- ☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy
09-50828-swr   Doc 55   Filed 09/02/09   Entered 09/02/09 07:47:41   Page 15 of 19

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:　　　　　　　　　　　　　　　　　Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:　　　　　　　　　　　　　　　　　Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:　　　　　　　　　　　　　　　　　Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: **/s/ Rochelle E. Guznack**

**Rochelle E. Guznack P61675**
Name of Attorney
**16325 Homer**
**Plymouth, MI 48170**
**(248) 679-1552**
**rguznack@gmail.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, Cover Sheet for Amendments, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Christopher R. Oetjens**
**Christopher R. Oetjens**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Christopher R. Oetjens / Krista Oetjens**, Debtor(s)

Case No. **09-50828**
Chapter **13**

**KURT OKEEFE P30718**
Attorney(s) for Debtor(s)
KURT OKEEFE
1593 TORREY ROAD
GROSSE POINTE WOODS, MI 48236
313-962-4630
koklaw@gmail.com

## STATEMENT OF PURPOSE

The purpose of: **amending Schedules B, C, D, G, I and J**.

dated: **August 30, 2009**

The information disclosed in the attached amended document is as represented to me by the Debtor.

**/s/ KURT OKEEFE**
KURT OKEEFE P30718
KURT OKEEFE
Attorney(s) for Debtor(s)

Debtors declare under penalty of perjury that the information in the attached amended document is true to the best of our knowledge, information and belief.

**/s/ Christopher R. Oetjens**
Christopher R. Oetjens

**/s/ Krista Oetjens**
Krista Oetjens

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### STATEMENT OF AFFIRMATION BY DEBTORS

**CASE NAME:** Christopher R. Oetjens
Krista Oetjens

**CASE NUMBER:** 09-50828

### AFFIRMATION BY DEBTOR(S)

I/We do hereby swear and affirm under penalty of perjury that I/we have read the foregoing form and all pleadings and attachments thereto and do hereby swear and affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Christopher R. Oetjens**
**Christopher R. Oetjens**
Debtor

Signature: **/s/ Krista Oetjens**
**Krista Oetjens**
Debtor